UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff<br><br>　　v.<br><br>DANIEL SANTOS GALAVIZ,<br><br>　　　　　　　　　　Defendant. | CASE NO. 1:21-CR-00098-DAD-BAM<br><br>**UNSEALING ORDER** |

　　　Good cause due to the defendant's pending Arraignment on the Indictment in the Eastern District of California, it is hereby ordered that the Indictment, Arrest Warrant, and related court filings in the above matter, be UNSEALED.

IT IS SO ORDERED.

Dated:　**April 9, 2021**　　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE