# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**DANIEL SANTOS GALAVIZ**<br><br>　　　　　　　　Defendant. | CR NO: 1:21-CR-00098 DAD-BAM |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum　　　　☐ Ad Testificandum

Name of Detainee: Daniel Santos Galaviz

Detained at: Fresno County Jail

Detainee is:
- a.) ☐ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint charging detainee with: 18 U.S.C. § 922(g)(1)
- or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) ☒ return to the custody of detaining facility upon termination of proceedings
- or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on September 7, 2021 at 9:00 AM in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Antonio J. Pataca |
| Printed Name & Phone No: | ANTONIO J. PATACA |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum　　　　☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **on September 7, 2021 at 9:00 AM**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 8/17/21

*/s/ B. McAuliffe*
Honorable Barbara A. McAuliffe
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male | ☐ Female |
| Booking or CDC #: | 2113379 | DOB: | 10/23/1993 |
| Facility Address: | Fresno County Sheriff | Race: | HISPANIC |
| Facility Phone: | (559) 488-3939 | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____　　　_____
　　　　　　　　　　　　　　　　　　(signature)